

# Fourth Court of Appeals
## San Antonio, Texas

December 5, 2018

No. 04-17-00561-CV

Patrick **MINOR,**
Appellant

v.

Patrick **STONE** and Coker Tire Co.,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2017CV03485
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

Sitting:      Karen Angelini, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice

The panel has considered the Appellant's Motion for Rehearing, and the motion is DENIED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of December, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court